IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON SYKES,

      Plaintiff,                    No. 2:12-cv-2570 KJM KJN P

   vs.

ATHANNASIOUS, et al.,

      Defendants.        ORDER

                          /

        Plaintiff, a state prisoner, is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        By order filed November 5, 2012, this court directed plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service of process on the defendants. On November 20, 2012, plaintiff submitted the USM-285 forms, but failed to file complete copies of his complaint.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a complete copy of the operative complaint filed October 15, 2012 (Dkt. No. 1); and

---

[1] One complaint is missing pages 40-63; the remaining four complaints are missing pages 43-63.

1

2. Within thirty days after service of this order, plaintiff shall submit to the court five complete copies of the October 15, 2012 complaint, for the purpose of effecting service of process on defendants. Failure to return all five copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: November 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

syke2570.8f