IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON SYKES,

      Plaintiff,                  No. 2:12-cv-2570 KJM KJN P

      vs.

ATHANNASIOUS, et al.,

      Defendants.              <u>ORDER</u>

        Plaintiff is a California state prisoner, proceeding without counsel and in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 20, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 12.) The court found that appointment of counsel was warranted and, on December 12, 2012, granted plaintiff's motion. (Dkt. No. 16.) Isaac Fischer has now been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted a limited appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      Mr. Isaac Fischer is appointed as counsel in the above-entitled matter.

////

////

2. At this time, Mr. Fischer is appointed for the following limited purposes:

 a. Meet and confer with plaintiff regarding the allegations and claims set forth in his complaint;

 b. Provide the U.S. Marshal with any additional information necessary to perfect service of process on all defendants;

 c. Assess whether appointment of a medical expert is appropriate and, if so, select and obtain the consulting and reporting services of such expert, subject to the court's authorization of such expenses; and

 d. Participate in an early settlement conference, if all parties request such a conference, after all defendants have been served.

3. If this action proceeds after the conclusion of an early settlement conference, Mr. Fischer's appointment will be reevaluated, including consideration whether counsel wishes to continue representing plaintiff through discovery, motions, a further settlement conference, and/or trial.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of Court is directed to serve a copy of this order upon both plaintiff and Mr. Issac Fischer, Maredyth and Fischer, LLP, 1430 Alhambra Boulevard, Suite 100, Sacramento, California 95816.

DATED: February 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

syke2570.31