IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON SYKES,

      Plaintiff,                           No. 2:12-cv-2570 KJM KJN P

    vs.

ATHANNASIOUS, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, incarcerated at the California Medical Facility ("CMF"), who is 78 years of age. On December 21, 2012, this court directed the United States Marshal to serve plaintiff's complaint on defendants Athannasious, Khaira, Weiland, and Bick. All defendants except Bick filed waivers of service, and answered the complaint. (ECF Nos. 29-30, 34-5, 37.)

        On January 24, 2013, process directed to defendant Bick was returned unserved, with a statement that he "is on sabbatical in Malaysia until August 2013 and is unreachable." (ECF No. 25.) On March 8, 2013, this court appointed Mr. Isaac Fisher to act as pro bono counsel for plaintiff, for the purpose, inter alia, of providing additional information to ensure service of process on all defendants. (ECF No. 28.) On April 1, 2013, this court specifically directed that Mr. Fisher obtain and provide additional information to serve process on defendant

1

Bick. (ECF No. 31.) Following Mr. Fisher's response, the court again directed the Marshal to serve process on defendant Bick. (ECF No. 38.) However, on June 28, 2013, process directed to defendant Bick was again returned unserved, with the statement that "[h]e is on sabbatical in Malaysia." (ECF No. 41.)

Because Dr. Bick appears to be an essential party to this action, the court will direct the Office of the Attorney General to determine if, and when, Dr. Bick will be returning to his employment with the California Department of Corrections and Rehabilitation ("CDCR"), and to identify the facility where he is anticipated to work. In addition, the Attorney General will be directed to inform the court whether it will accept service of process on behalf of defendant Bick, either pending or upon his return.

Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, a representative of the Attorney General's Office shall file and serve a statement informing the court and plaintiff of the following:

1. Whether, and when, Dr. Bick will be concluding his sabbatical and returning to his employment with CDCR, including the facility where he is scheduled to work; and

2. Whether, either pending or upon Dr. Bick's return, the Attorney General will accept service of process on behalf of defendant Dr. Bick.

SO ORDERED.

DATED: July 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/syke2570.bick