UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | |
| ATHANNASIOUS, et al., | ORDER |
| Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, with appointed counsel.  On October 10, 2013, counsel for the Attorney General's Office informed the court that, pursuant to the court's Order filed October 4, 2013, the Attorney General's Office provides the following information regarding the status of Dr. Bick (ECF No. 51):

> 1. Dr. Bick has concluded his sabbatical and has returned to work at the California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000.
>
> 2. The Attorney General's Office is authorized to accept service of process on behalf of Dr. Bick. Any Summons and Complaint to be served on Dr. Bick, and any future documents, may be mailed to:
>
> Wil Fong
> Deputy Attorney General
> Office of the Attorney General
> 1515 Clay Street, 20th Floor
> P.O. Box 70550
> Oakland, CA 94612-0550

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff one (1) USM-285 form.

2. **Within ten (10) days after the filing date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court**:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for defendant Bick; and

    d. Two copies of the endorsed complaint filed October 15, 2012.

3. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve forthwith defendant Bick pursuant to Federal Rule of Civil Procedure 4, without payment of costs, and counsel for defendant Bick is directed to promptly waive service of process and file a responsive pleading.

SO ORDERED.

Dated: October 15, 2013

/sykes.2570.re-sbmt.Bick

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

| | |
|---|---|
| 1 | |
| 2 | |
...

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | |
| ATHANNASIOUS, et al., | NOTICE OF SUBMISSION OF DOCUMENTS |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_ One completed summons;

\_\_\_ One completed USM-285 form for defendant Bick; and

\_\_\_ Two copies of the endorsed complaint filed October 15, 2012.

_____        _____
Date                                                                         Plaintiff