UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>   Plaintiff,<br><br> v.<br><br>ATHANNASIOUS, et al.,<br><br>   Defendants. | No. 2:12-cv-2570 TLN KJN P<br><br><br><br><br>ORDER |

On March 11, 2014, this court directed plaintiff's court-appointed counsel, Mr. Isaac Fischer, to file and serve, within seven days, a statement demonstrating good cause for his failure to respond to a prior order of this court. (See ECF Nos. 55, 56, 52.) That time has passed, and counsel has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The temporary stay in this action, pending the location of alternative appointed counsel for plaintiff (ECF No. 55), does not apply to the following matters.

2. Mr. Fischer shall, within seven (7) days after the filing date of this order, show cause in writing why this court should not impose monetary sanctions on him for failing to acknowledge and abide by the orders of this court; failure to timely respond to this order shall result in the imposition of monetary sanctions. See Local Rule 110.

////

1

3. Mr. Wilfred T. Fong, Deputy Attorney General, is requested to inform the court, within fourteen (14) days after the filing date of this order, whether the California Attorney General's Office will waive service of process for defendant Dr. Bick, as suggested in defense counsel's statement filed October 15, 2013, and, if so, to file such waiver.

4. Should the Attorney General's Office waive service of process for Dr. Bick, defense counsel shall, within thirty (30) days thereafter, file and serve a pleading responsive to the complaint.

5. The Clerk of Court shall, in addition to serving this order via the court's Case Management/Electronic Case Files (CM/ECF) system, mail the following documents to Mr. Fong:  (1) a copy of this order; (2) a Waiver of Service of Summons, customized for defendant Dr. Bick; and (3) a copy of the endorsed complaint filed October 15, 2012 (ECF No. 1).  The Clerk of Court shall mail these documents to:

> Mr. Wilfred T. Fong
> Deputy Attorney General
> Office of the Attorney General
> 1515 Clay Street, 20th Floor
> P.O. Box 70550
> Oakland, CA 94612-0550

SO ORDERED.

Dated:  March 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sykes.2570.FTrspd.Wvr.

2