UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | |
| ATHANNASIOUS, et al., | ORDER |
| Defendants. | |

     Mr. Isaac Fischer, appointed counsel for plaintiff in this action, has belatedly responded to this court's orders filed March 11, 2014 (ECF No. 55), and March 24, 2014 (ECF No. 57) (see also ECF No. 56).  Mr. Fischer states that he was informed "via an email" by the Pro Bono Coordinator of this court that he was "potentially being sanctioned for failing to file something," and requests a two-week extension of time within which to "determine what needs to be filed. . . ."  (ECF No. 59 at 1-2.)  In other words, Mr. Fischer has not read the court's orders. Additionally, Mr. Fischer informs the court that he is "currently volunteering as Judge Pro Tem for Sacramento Superior Court," and requests to be removed from this court's Pro Bono panel. (Id. at 2.)

     As a member of the California Bar for more than ten years (and as a volunteer judge), Mr. Fischer should be fully aware of his responsibility to immediately read and adhere to court orders. Mr. Fischer has consistently been inattentive in this case, requiring frequent reminders from the

1

court's Pro Bono Coordinator to check the docket. Mr. Fischer's request to be removed from this court's Pro Bono panel is granted.

Due to that fact that Mr. Fischer has volunteered his services in this action, and has now communicated with the court, the orders to show cause filed March 11, 2014 (ECF No. 55), and March 24, 2014 (ECF No. 57), are hereby discharged. Mr. Fischer's services are no longer required in this action.

SO ORDERED.

Dated: April 7, 2014

sykes.2570.fischer.final

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE