UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | |
| ATHANNASIOUS, et al., | ORDER |
| Defendants. | |

On March 24, 2014, this court directed Mr. Wilfred T. Fong, the Deputy Attorney General previously assigned to accept service of process on behalf of defendants in this action, to inform the court whether the California Attorney General's Office will waive service of process for defendant Dr. Bick, and, if so, to file such waiver. (See ECF No. 57 at 2.) On the same date, Deputy Attorney General Kevin W. Reager filed a Notice of Change of Designation of Counsel for Service. (ECF No. 58.)

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Kevin W. Reager, Deputy Attorney General, is requested to inform the court, within seven (7) days after the filing date of this order, whether the California Attorney General's Office will waive service of process for defendant Dr. Bick, and, if so, to file such waiver.

2. Should the Attorney General's Office waive service of process for Dr. Bick, defense counsel shall, within thirty (30) days thereafter, file and serve a pleading responsive to the

1

1  operative complaint.

2       3.  The Clerk of Court shall, in addition to serving this order via the court's Case

Management/Electronic Case Files (CM/ECF) system, mail the following documents to Mr.

Kevin W. Reager:  (1) a copy of this order; (2) a Waiver of Service of Summons, customized for

defendant Dr. Bick; and (3) a copy of the endorsed complaint filed October 15, 2012 (ECF No.

1).  The Clerk of Court shall mail these documents to:

> Mr. Kevin W. Reager
> Deputy Attorney General
> California Department of Justice
> 1300 I Street
> P.O. Box 944255
> Sacramento, CA 94244-2550

SO ORDERED.

Dated:  April 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sykes.2570.newAG.re.Bick.

2