UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATHANNASIOUS, et al.,<br><br>　　　　Defendants. | No.  2: 12-cv-2570 TLN KJN P<br><br><br>ORDER |

On July 9, 2014, the court ordered defendant Bick to show cause within seven days why judgment should not be entered against him for his failure to file a responsive pleading.

On July 15, 2014, defendant Bick filed a response to the order to show cause. Attached to the response is defendant Bick's answer.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause is discharged;
2. The Clerk of the Court is directed to separately file defendant Bick's answer attached to defendant Bick's July 15, 2014 pleading (ECF No. 72).

Dated: July 18, 2014

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sy2570.dis

1