UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's motion to reopen discovery is set for hearing before the undersigned on July 31, 2014.

Defendants Athannasious, Bick, Weiland and Khaira have filed statements of non-opposition to plaintiff's motion. (ECF Nos. 70, 73.) All defendants request that discovery be reopened to all parties.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to reopen discovery (ECF No. 67) is granted; the hearing set on this motion for July 31, 2014, before the undersigned is vacated.
2. Discovery is reopened to all parties.
3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed for hearing, by November 13, 2014.

1

4. All pretrial motions, except motions to compel discovery, shall be filed on or before February 5, 2015.

5. Following resolution of dispositive motions, this action will be set for trial, if appropriate.

Dated:  July 23, 2014

Sy2570.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE