UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASOUIS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2014, plaintiff filed a motion for leave to file an amended complaint and a proposed amended complaint. (ECF No. 79.) This motion is noticed for hearing before the undersigned on October 30, 2014.

    On October 13, 2014, defendants Athannasious, Bick and Weiland filed a statement of non-opposition to plaintiff's motion to amend. (ECF No. 80.) Defendant Khaira has not responded to plaintiff's motion to amend. However, on September 24, 2014, defendant Khaira filed a motion for summary judgment. (ECF No. 78.) This motion is noticed for hearing before the undersigned on November 20, 2014.

    Oppositions or statements of non-opposition to motions noticed for hearing are due not less than fourteen days preceding the hearing date. Local Rule 230(c).

////

Accordingly, IT IS HEREBY ORDERED that:

1. The October 30, 2014 hearing regarding plaintiff's motion to amend is vacated;

2. Within seven days of the date of this order, defendant Khaira shall show cause why sanctions should not be imposed for his failure to file a timely response to plaintiff's motion to amend; defendant Khaira shall also file a response to plaintiff's motion to amend within that time.

Dated:  October 23, 2014

Sy2570.ame

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE