UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the order filed July 23, 2014, the discovery deadline is November 13, 2014. (ECF No. 77.)

On October 20, 2014, plaintiff and defendants Athannasious, Weiland and Bick filed a stipulation to modify the discovery deadline as follows:

1. Defendants Athannasious, Weiland and Bick shall provide plaintiff with responses to plaintiff's first request for production of documents on or before November 26, 2014;

2. California Health Care Facility and California Department of Corrections and Rehabilitation shall fully respond to plaintiff's subpoena to produce documents, information, or objects, or to permit inspection of premises in a civil action on or before November 26, 2014;

3. Plaintiff may file a motion to compel if defendants Athannasious, Weiland and Bick, California Health Care Facility and California Department of Corrections and Rehabilitation fail

1

1  to timely serve their further responses in compliance with the subpoena and request for
2  production of documents; plaintiff's motions(s) pertaining to these discovery requests shall be
3  noticed for hearing by January 15, 2015.
4      Good cause appearing, IT IS HEREBY ORDERED that the discovery deadline is
5  modified in accordance with the stipulation set forth above.
6  Dated:  October 23, 2014

8  Sy2570.stip

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2