UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570-TLN-KJN-P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Although the findings and recommendations do not directly address the dismissal of Defendants the California Department of Corrections and Rehabilitation ("CDCR") and the California Medical Facility ("CMF"), the magistrate judge's October 31, 2014, order granting Plaintiff's motion to amend discusses the

1

rationale for their dismissal. (ECF No. 86 at 2.) The Court agrees that CDCR and CMF are state government agencies to which immunity applies. *Alabama v. Pugh*, 438 U.S. 781, 782 (1978). Because the State of California has not consented to suit, Plaintiff's claims against these defendants are barred by the Eleventh Amendment. *Hans v. Louisiana*, 134 U.S. 1, 15 (1890). Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 31, 2014, are adopted in full; and

    2. Defendants CDCR and CMF are dismissed.

Dated:  December 11, 2014

_____
Troy L. Nunley
United States District Judge

2