UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATHANNASIOUS, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-2570 TLN KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Khaira filed a motion to dismiss, currently set for hearing on January 8, 2015. (ECF No. 92.) Having reviewed the moving papers, as well as plaintiff's opposition (ECF No. 99), the court finds oral argument regarding this matter to be unnecessary and will decide the motion on the papers.

　　　　Therefore, IT IS HEREBY ORDERED that:

　　　　1. The hearing on defendant Khaira's motion to dismiss, currently set for Thursday, January 8, 2015, at 10:00 a.m., in Courtroom No. 25, is vacated.

////

////

////

////

1

2. Defendant Khaira's reply to plaintiff's opposition, if any, must still be filed no later than 4:30 p.m. on Wednesday, December 31, 2014. The motion will thereafter be deemed submitted.

Dated: December 29, 2014

/syke2570.offcal

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE