UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATHANNASIOUS, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-2570 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants Dr. Aguilera & Dr. Haile jointly filed a motion to dismiss, currently set for hearing on March 26, 2015. (ECF No. 103.) Having reviewed the moving papers, as well as plaintiff's opposition (ECF No. 107), the court finds oral argument regarding this matter to be unnecessary and will therefore decide the motion on the papers.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendants Dr. Aguilera & Dr. Haile's motion to dismiss, currently set for Thursday, March 26, 2015, at 10:00 a.m., in Courtroom No. 25, is vacated.

////
////
////
////

1

2. Defendants Dr. Aguilera's & Dr. Haile's reply to plaintiff's opposition, if any, must still be filed no later than 4:30 p.m. on Thursday, March 19, 2015. The motion will thereafter be deemed submitted.

Dated: March 16, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/syke2570.offcalendar