UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 5, 2015 (ECF No. 114) are adopted in full;

1

2. Dr. Khaira's Motion to Dismiss (ECF No. 92) is granted, and:

    A. To the extent that it is pled against Dr. Khaira, Plaintiff's Section 1983 claim is dismissed without prejudice;

    B. To the extent that it is pled against Dr. Khaira, Plaintiff's retaliation claim is dismissed without prejudice; and

    C. Plaintiff's prayer for punitive damages pursuant to his state law medical malpractice claim is dismissed with prejudice.

3. Dr. Aguilera and Dr. Haile's Motion to Dismiss (ECF No. 103) is granted.

4. Dr. Aguilera and Dr. Haile are dismissed with prejudice as Defendants in this action.

5. Plaintiff is granted thirty days to file a second amended complaint that complies with this order, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

IT IS SO ORDERED.

Dated: September 11, 2015

                                      Troy L. Nunley
                                      United States District Judge