UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER and ORDER TO SHOW CAUSE</u> |
| ATHANNASIOUS, et al., | |
| Defendants. | |

  Plaintiff Milton Sykes is a state prisoner proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and California state law.  Plaintiff is represented by court-appointed counsel.

  On October 27, 2015, defendant Dr. Khaira filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 119.)  A hearing on the motion is currently set for December 10, 2015, at 10:00 a.m., before the undersigned.  Pursuant to Local Rule 230(c), plaintiff was required to file and serve an opposition or statement of non-opposition fourteen days prior to the date of the hearing.  However, to date plaintiff has not opposed the motion.

  Good cause appearing, IT IS HEREBY ORDERED that:

  1. The hearing currently set for December 10, 2015, at 10:00 a.m., is vacated.

  2. Within fourteen days of the date of filing of this order, plaintiff shall show cause, in writing, why defendant Khaira's motion to dismiss should not be granted.

1

3. Within fourteen days of the date of filing of this order, plaintiff shall file an opposition or statement of non-opposition to defendant Khaira's motion to dismiss. Defendant Khaira's reply, if any, shall be due seven days thereafter.

Dated:  December 1, 2015

/syke2570.46.osc

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE