UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON SYKES,

        Plaintiff,

vs.

T. VIRGA, et al.,

        Defendants.

No. 2:12-cv-2570 TLN KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Milton Sykes, CDCR # J36867, a necessary and material witness in proceedings in this case on March 3, 2016, is confined in California Health Care Facility, Stockton (CHCF), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by telephone at the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, March 3, 2016, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Brian Duffy, CHCF, P.O. Box 32050, Stockton, California 95213:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 25, 2016

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

/syke2570.841.tel