UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| ATHANNASIOUS, et al., | |
| Defendants. | |

On February 2, 2016, plaintiff's court-appointed counsel filed a motion for leave to withdraw as attorney of record. (ECF No. 127.) The motion was set for hearing before the undersigned on March 3, 2016, at 10:00 a.m., in Courtroom 25.

At the hearing on March 3, 2016, Rebecca Ihejirika appeared on her own behalf, Drew Larson appeared on behalf of defendant Khaira, and plaintiff Milton Sykes appeared by phone. Mr. Reager, counsel for defendants Athannasious, Bick, and Weiland, failed to appear.

During the hearing, the parties discussed the pre-trial motion deadline, which is currently set for July 1, 2016. Mr. Reager is advised that the court is considering advancing the pre-trial motion deadline in light of the time constraints facing plaintiff's pro bono counsel, who has agreed to remain in the case through the resolution of any motions for summary judgment. Mr. Larson has indicated that defendant Khaira is prepared to file a motion for summary judgment within the next thirty to sixty days. However, due to Mr. Reager's failure to appear at the

hearing, the court remains uninformed as to whether defendants Athannasious, Bick, and Weiland will be able to file their summary judgment motion within this time frame, assuming that they intend to file such a motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Reager, shall within seven (7) days after the filing date of this order, show cause in writing why he failed to appear at the March 3, 2016 hearing and why this court should not impose monetary sanctions on him for his failure to appear.
2. Mr. Reager is further ordered, within the above time frame, to inform the court as to whether defendants Athannasious, Bick, and Weiland anticipate filing a motion for summary judgment in this case, and if so, to show cause why this motion could not be filed within the next sixty days.

Dated:  March 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/syke2570.osc.AG