UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES | No. 2:12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING |
| ATHANNASIOUS, et al., | LIMITED PURPOSE CO-COUNSEL |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C § 1983. On March 3, 2016, a hearing on counsel for plaintiff's motion to withdraw as attorney of record was held before the undersigned. (ECF No. 132.) Thereafter, the court issued an order denying the motion. (ECF No. 133.) Counsel for plaintiff was directed to contact the ADR and Pro Bono Program Coordinator if she would like to have co-counsel appointed to assist her in opposing defendants' summary judgment motions. (ECF No. 133.) Plaintiff's counsel has now contacted the ADR and Pro Bono Program Coordinator and requested co-counsel to oppose the summary judgment motions filed by defendants. Rebecca A. Weinstein-Hamilton has been selected from the court's pro bono attorney panel as co-counsel to represent plaintiff for the limited purpose of opposing defendants' motions for summary judgment, and she has accepted the appointment.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Rebecca A. Weinstein-Hamilton is appointed as co-counsel in the above entitled matter for the limited purpose of opposing defendants' motions for summary judgment.
2. Rebecca A. Weinstein-Hamilton's appointment will terminate when the order ruling on the summary judgment motions has been filed.
3. Appointed co-counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Rebecca A. Weinstein-Hamilton, Law Office of Rebecca Weinstein-Hamilton, 4034 Prairie Falcon Dr., El Dorado Hills, CA 95762.

Dated:  May 20, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

TS/syke2750.31(c)