1  Rebecca E. Ihejirika, SBN: 225823
2  Law Office of Rebecca E. Ihejirika
3  1600 Sacramento Inn Way, Suite 109
4  Sacramento, CA 95815
5  Tel.: (916) 972-8774
6  Attorney for Plaintiff - Milton Sykes

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MILTON SYKES | ) **CASE NO.: 2:12-CV-02570-TLN-KJN** |
| Plaintiff | ) **STIPULATION AND** |
|  | ) **ORDER TO EXTEND TIME FOR** |
| Vs. | ) **FILING OF PLAINTIFF'S OPPOSITION** |
|  | ) **TO DEFENDANTS' MOTIONS FOR** |
|  | ) **SUMMARY JUDGMENT AND** |
|  | ) **DEFENDANTS' REPLY** |
|  | ) |
| DR. ATHANNASIOUS, ET AL. | ) |
| And DOES 1 THROUGH 5 | ) |
| Defendants | ) JUDGE: THE HONORABLE KENDALL J. |
|  | ) NEWMAN |

On March 16, 2016, the Court ordered that pretrial motions be filed within sixty (60) days of the order. (See ECF No.136). The court gave Plaintiff forty-five (45) days to oppose any motion for summary judgment and Defendants' reply due seven (7) days thereafter. The court encouraged the parties to stipulate to additional time should Plaintiff require additional time to file an opposition.

On May 13, 2016 Defendant – Dr. Khaira filed his Motion for Summary Judgment (ECF No. 137.) On May 16, 2016 Defendants – Drs. Athannasious, Weiland and Bick filed their Motion for Summary Judgment (ECF No. 138.)

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S    1
OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS'
REPLY
CASE NO.: 2:12-cv-02570-TLN-KJN

On May 20, 2016, the court appointed Rebecca A. Weinstein-Hamilton as co-counsel to represent plaintiff for the limited purpose of opposing Defendants' motions for summary judgment.

Based on the very nature of the case, the motions for summary judgment filed by all defendants are voluminous and necessitate significant attorney time in opposing them. In addition, medical experts need to be retained to assist in responding to said motions.

An extension of time up to and including October 31, 2016, for Plaintiff to file his oppositions to the motions for summary judgment will not significantly impact the progress of this case or unfairly prejudice the Defendants. Defendants' reply shall be due within forty-five (45) days after filing of Plaintiff's opposition to the motions for summary judgment.

Plaintiff, by and through his attorney of record –Rebecca E. Ihejirika, and Defendants - Dr. Athannasious, Dr. Weiland and Dr. Bick by and through their attorney - Deputy Attorney General – Kevin W. Reager, together with Defendant – Dr. Khaira by and through his attorney – Theodore D. Poppinga, hereby stipulate and request that the Court grant the said parties an extension of the deadline by which Plaintiff shall file his oppositions to the motions for summary judgment and the Defendants' shall file their reply. This request is not brought for any improper purpose.

WHEREFORE,  Plaintiff, by and through his attorney of record –Rebecca E. Ihejirika, and Defendants - Dr. Athannasious, Dr. Weiland and Dr. Bick by and through their attorney - Deputy Attorney General – Kevin W. Reager, together with Defendant – Dr. Khaira by and through his attorney – Theodore D. Poppinga hereby agree and stipulate as follows:

(1) The deadline for Plaintiff to file his Oppositions to the Motions for Summary Judgment is extended up to and including, October 31, 2016.

(2) Defendants' reply shall be due within forty-five (45) days after filing of Plaintiff's Oppositions to the Motions for Summary Judgment.

\\\\\\\\\\\\\\\\\\\\\\\\\\\\

\\\\\\\\\\\\\\\\\\\\\\\\\\\\

**IT IS SO STIPULATED:**

Date: 06/24/2016          Sign: /s/ Rebecca E. Ihejirika
                                REBECCA E. IHEJIRIKA
                                Attorney for Plaintiff Milton Sykes


Date: 06/24/2016          Sign: /s/ Kevin W. Reager
                                KEVIN W. REAGER
                                Attorney for Defendants – Dr. Athannasious, Dr. Weiland, Dr. Bick


Date: 06/23/2016          Sign: /s/ Theodore D. Poppinga
                                THEODORE D. POPPINGA
                                Attorney for Defendant – Dr. Khaira

**IT IS ORDERED AS FOLLOWS**:

1.) Plaintiff – Milton Sykes shall file his Oppositions to Defendants' Motions for Summary Judgment on or before October 31, 2016.

2.) Defendants' Reply shall be due within forty-five (45) days after filing of Plaintiff's Oppositions to the Motions for Summary Judgment.

Dated: June 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE