Rebecca E. Ihejirika, SBN: 225823

Law Office of Rebecca E. Ihejirika

1600 Sacramento Inn Way, Suite 109

Sacramento, CA 95815

Tel.: (916) 972-8774

Attorney for Plaintiff - Milton Sykes

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MILTON SYKES | ) CASE NO.: 2:12-CV-02570-TLN-KJN |
| Plaintiff | ) STIPULATION AND [PROPOSED] |
| | ) ORDER TO EXTEND TIME FOR |
| Vs. | ) FILING OF PLAINTIFF'S OPPOSITION |
| | ) TO DEFENDANTS' MOTIONS FOR |
| | ) SUMMARY JUDGMENT AND |
| | ) DEFENDANTS' REPLY |
| | ) |
| DR. ATHANNASIOUS, ET AL. | ) |
| And DOES 1 THROUGH 5 | ) |
| Defendants | ) JUDGE: THE HONORABLE KENDALL J. |
| | ) NEWMAN |

On June 28, 2016, based on the parties' stipulation, the court entered an order extending the time for filing of Plaintiff's opposition to Defendants' motions for summary judgment and Defendants' reply.

On May 20, 2016, the court appointed Rebecca A. Weinstein-Hamilton as co-counsel to represent Plaintiff for the limited purpose of opposing Defendants' motions for summary judgment.

Due to the length of time it took to obtain Plaintiff's expert evaluation, it has become necessary to get an extension of time up to November 30, 2016, to respond to Defendants' motion for summary judgment.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY
CASE NO.: 2:12-cv-02570-TLN-KJN

1

The parties agree that the time for Plaintiff to file his opposition to Defendants' motion for summary judgment should be extended to November 30, 2016. The parties agree that Defendants' reply shall be due within forty-five (45) days after filing of Plaintiff's opposition to the motions for summary judgment.

The parties stipulate that an extension of time up to November 30, 2016, for Plaintiff to file his oppositions to the motions for summary judgment will not significantly impact the progress of this case or prejudice the Defendants. This request is not brought for any improper purpose.

Plaintiff, by and through his attorney of record –Rebecca E. Ihejirika; and Defendants - Dr. Athannasious, Dr. Weiland and Dr. Bick by and through their attorney - Deputy Attorney General – Kevin W. Reager, together with Defendant – Dr. Khaira by and through his attorney – Theodore D. Poppinga, hereby stipulate that the Court grant the said parties an extension of the deadline by which Plaintiff shall file his oppositions to the motions for summary judgment and the Defendants' shall file their reply.

WHEREFORE, Plaintiff, by and through his attorney of record –Rebecca E. Ihejirika, and Defendants - Dr. Athannasious, Dr. Weiland and Dr. Bick by and through their attorney - Deputy Attorney General – Kevin W. Reager, together with Defendant – Dr. Khaira by and through his attorney – Theodore D. Poppinga hereby request as follows:

(1) The deadline for Plaintiff to file his Oppositions to the Motions for Summary Judgment is extended up to and including, November 30, 2016.

(2) The Defendants' reply shall be due within forty-five (45) days after filing of Plaintiff's Oppositions to the Motions for Summary Judgment.

**IT IS SO STIPULATED:**

Date: 10/27/2016            Sign:  /s/ Rebecca E. Ihejirika_____
                                   REBECCA E. IHEJIRIKA
                                   Attorney for Plaintiff Milton Sykes


Date: 10/27/2016            Sign:  /s/ Kevin W. Reager_____
                                   KEVIN W. REAGER
                                   Attorney for Defendants – Dr. Athannasious, Dr. Weiland, Dr. Bick

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY
CASE NO.: 2:12-cv-02570-TLN-KJN

2

Date: 10/27/2016          Sign:  /s/ Theodore D. Poppinga
                          THEODORE D. POPPINGA
                          Attorney for Defendant – Dr. Khaira

Good cause appearing, IT IS HEREBY ORDERED that:

1.) Plaintiff Milton Sykes shall file his Oppositions to Defendants' Motions for Summary Judgment on or before November 30, 2016.

2.) Defendants' Reply shall be due within forty-five (45) days after filing of Plaintiff's Oppositions to the Motions for Summary Judgment.

Dated:  October 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY
CASE NO.: 2:12-cv-02570-TLN-KJN

3