UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

   Pursuant to the stipulation filed December 28, 2016, IT IS HEREBY ORDERED that:

   1. Plaintiff shall file oppositions to defendants' motions for summary judgment on or before January 31, 2017;

   2. Defendants may file a reply within forty-five days after plaintiff's oppositions are filed.

Dated:  January 3, 2017

Sy2570.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1