UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>    Plaintiff,<br><br>    v.<br><br>ATHANNASIOUS, et al.,<br><br>    Defendants. | No. 2:12-cv-2570 TLN KJN P<br><br>ORDER |

Pursuant to the stipulation filed January 26, 2017, IT IS HEREBY ORDERED that plaintiff shall file his opposition to defendants' motions for summary judgment on or before March 31, 2017; defendants' reply shall be filed within forty-five days thereafter.

Dated: February 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sy2570.eot(3)

1