UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants' summary judgment motions (ECF Nos. 137, 138) are pending before the court.

Noticed for hearing on March 30, 2017, are motions by plaintiff's counsel for leave to withdraw as attorney of record. (ECF Nos. 154, 158.)

IT IS HEREBY ORDERED that defendants' summary judgment motions (ECF No. 137, 138) are vacated pending resolution of the motions for leave to withdraw as attorney of record; defendants' summary judgment motions will be reinstated following resolution of the motions to withdraw.

Dated: March 15, 2017

Sy2570.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1