UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2017, the parties filed a stipulation to dismiss defendants Khaira, Bick and Athannasious with prejudice. (ECF No. 164.) The stipulation is signed by counsel for defendants and plaintiff, himself.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, plaintiff's counsel shall inform the court whether she has any objection to the dismissal of defendants Khaira, Bick and Athannasious with prejudice.

Dated: May 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sy2570.set

1