UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASIOUS, et al., | |
| Defendants. | |

On April 24, 2017, defendants filed a notice of settlement of the entire case. (ECF No. 162.) On May 17, 2017, the parties filed a stipulated request for dismissal of defendants Khaira, Bick and Athannasious. (ECF No. 164.) The court docket reflects that Dr. Weiland is still a defendant.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, the parties shall file a stipulation clarifying the status of defendant Weiland and whether this action is to be dismissed in its entirety.

Dated: June 2, 2017

Sy2570.cla

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1