UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES, | No. 2: 12-cv-2570 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ATHANNASOIUS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The remaining defendants are Athannasious, Weiland, Bick and Khaira. On May 17, 2017, the parties filed a stipulated request for dismissal of defendants Athannasious, Bick and Khaira. (ECF No. 164.) On June 2, 2017, the undersigned directed the parties to file a stipulation clarifying the status of defendant Weiland and whether this action is to be dismissed in its entirety. (ECF No. 167.)

On June 9, 2017, the parties informed the court that the case is settled as to all parties. (ECF Nos. 168, 169.) The settlement agreement requires that the settlement amount shall be paid to plaintiff before the dismissal stipulation and order specific to defendant Weiland is filed. Defendants anticipate that processing and payment of the settlement should be completed in the next 90 days. The dismissal stipulation and order as to defendant Weiland will then be filed.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation filed May 17, 2017, defendants Athannasouis, Bick and Khaira are dismissed;

2. Unless this action has been dismissed, the parties shall file a joint status report 90 days from the date of this order addressing the status of the settlement.

Dated: June 21, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sy2570.stip(2)

kc