UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON SYKES,<br><br>    Plaintiff,<br><br>  v.<br><br>ATHANNASOIUS, et al.,<br><br>    Defendants. | No. 2: 12-cv-2570 TLN KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2017, the parties filed a stipulation to dismiss defendant Weiland with prejudice. (ECF No. 171.) This stipulation is signed by defense counsel and plaintiff, himself.

On September 27, 2017, the undersigned directed plaintiff's counsel to inform the court whether she has any objection to the dismissal of defendant Weiland with prejudice. (ECF No. 172.) On October 2, 2017, plaintiff's counsel filed a statement of non-opposition to the dismissal of defendant Weiland with prejudice. (ECF No. 173.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation filed September 15, 2017, defendant Weiland is dismissed with prejudice;

////

2. The Clerk of the Court is directed to close this case.

Dated: October 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sy2570.dis(2)